# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

**HONORABLE:** Rebecca Rutherford
**DEPUTY CLERK:** L. Price
**LAW CLERK:** _____
**INTERPRETER:** _____

**PRESIDING:** _____
**COURT REPORTER/TAPE NUMBER:** Todd Anderson
**USPO:** _____
**Date:** February 21, 2020

Cr.No. 3:19-cr-00630-B *SEALED*            DEFT. No. _____

UNITED STATES OF AMERICA §
                         §            __P.J. Meitl__, AUSA
v.                       §
                         §            _Michael Levine (R)_
RIKKI LEE THOMPSON (24)  §            COUNSEL FOR DEFENDANTS Att. (..), Retd – (R), FPD – (F)

### ARRAIGNMENT/REARRAIGNMENT

Time in Court: __1h__

Trial Status:   ☐ Completed by Jury Verdict   ☐ Continued from Previous Month   ☐ Direct Verdict   ☐ Evidence Entered
                ☐ Hung Jury   ☐ Jury Selection Only, continued   ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
                ☐ Mistrial   ☐ Settled/Guilty   ☐ None

Days in Trial: _____
Hearing Concluded:   ☐ Yes   ☐ No

☐ Defendant SWORN.
☑ Arraignment   ☐ Rearraignment – Held on Count(s) __1, 24__
   of the __27__ count(s)   ☐ Indictment   ☐ Information   ☑ Superseding Indictment   ☐ Complaint
☐ Sentencing Guidelines                                                         ☐ Superseding Information
☑ Deft enters a pleas of   ☑ Not Guilty   ☐ Guilty   ☐ Nolo
☐ Waiver of Jury Trial
☐ Waiver of Indictment filed
☐ Plea Agreement accepted     ☐ Court defers acceptance of Plea Agreement
☐ Plea Agreement filed (see agreement for details)   ☐ No Plea Agreement
☐ Plea Agreement included with Factual Resume.
☐ Factual Resume filed.
☐ Sentencing set   Date: _____   Time: _____
☐ Trial set for   Date: _____   Time: _____
   Pretrial motions due: _____   Discovery motions/Government Responses due: _____
☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.
☐ PSI waiver filed.   PSI due: _____   Pre-sentence Referral Form to: _____
☐ Deft Bond   ☐ Set   ☐ reduced to $ _____   ☐ Cash   ☐ Surety   ☐ 10%   ☐ PR
☐ Deft failed to appear, bench warrant to issue.
☐ Bond   ☐ continued   ☐ forfeited
☐ Deft Custody/Detention continued.
☑ Deft REMANDED to custody.
OTHER PROCEEDINGS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 21 2020
CLERK, U.S. DISTRICT COURT
By_____ Deputy